Argued May 24, affirmed May 24, petition for rehearing denied
June 14, petition for review denied September 5, 1973

STATE OF OREGON, *Respondent, v.* EDDIE
JAMES BAITEY, *Appellant.*

STATE OF OREGON, *Respondent, v.* MATTHEW
JENKINS WILLIAMS, *Appellant.*
(No. 41668, consol.)
510 P2d 360

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellants. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him
on the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORN-
TON, Judges.